## RECONSIDERATION OF PRIOR DECISIONS

**2009–1689.   State ex rel. N.A. v. Cross.**
Medina App. No. 08CA0045–M. Reported at 125 Ohio St.3d 6, 2010-Ohio-1471, 925 N.E.2d 614. On motion for reconsideration. Motion denied.

O'DONNELL, J., dissents.

**2009–2120.   State ex rel. Tate v. Calabrese.**
Cuyahoga App. No. 93741, 2009-Ohio-5389. Reported at 125 Ohio St.3d 28, 2010-Ohio-1431, 925 N.E.2d 962. On motion for reconsideration. Motion denied.

**2009–2165.   State ex rel. Pollock v. Lillian & Betty Ratner School, Inc.**
In Mandamus. Reported at 124 Ohio St.3d 1535, 2010-Ohio-1557, 924 N.E.2d 840. On motion for reconsideration. Motion denied.